UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MELISSA LYNCH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-1789** |
| **TURNER INDUSTRIES GROUP, LLC, et al** | **SECTION "S" (3)** |

### ORDER OF DISMISSAL

The Court having been advised that the above action has been settled, and acting pursuant to 28 U.S.C. § 636(c);

**IT IS ORDERED** that this case is hereby dismissed without costs, but without prejudice to the right, upon good cause shown within sixty (60) days, to seek summary judgment enforcing compromise if it is not consummated by that time. With the consent of the parties, the Court retains jurisdiction over the settlement agreement for enforcement purposes.

New Orleans, Louisiana, this 15th day of February, 2011.

*[signature: Daniel E. Knowles, III]*

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

**cc:** **ALL COUNSEL OF RECORD**